# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| AJATHA WERTS-KNOTTS, | : No. 151 EM 2015 |
| Petitioner | : |
| v. | : |
| WORKERS' COMPENSATION APPEAL BOARD (PHILADELPHIA SCHOOL DISTRICT AND SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.), | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of January, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.